IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID NATHANIEL REESE,

    Plaintiff,

v.                          CASE NO.  4:15cv428-RH/GRJ

JOHN F. HARKNESS, JR.,
EXECUTIVE DIRECTOR, THE
FLORIDA BAR, TERESA GOODSON,
BAR COUNSEL,

    Defendants.

_____/

### ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7.  No objections have been filed.

The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted.  Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on December 18, 2015.

s/Robert L. Hinkle  
United States District Judge